Connecticut Local Form Fee Application Cover Sheet (09/04/2018)

# FEE APPLICATION COVER SHEET

Interim/Final Fee Application of: Grafstein & Arcaro, LLC

Time Period: From: May 14, 2018    To: February 25, 2019

Bankruptcy Petition Filed: August 8, 2018

Date of Entry of Retention Order: _____

**Amount Requested**

Fees         $4450.00
Expenses   $310.00
**Total      $4760.00**

**Reductions**

Voluntary Fee Reductions   _____
Expenses                          _____

**Retainer Request:**

Retainer Received              _____
Prior award applied             _____
Balance before this request  _____

**Expense Detail:**

Retainer Received                      _____
Prior award applied                     _____
Balance before this request         _____
Copies per page cost and total    _____

**Hours and Rates per professional:**

Hours ____    Rate _____

55.8 Hrs. for all attorneys and staff - blended rate of $79.75/hr.

# United States Bankruptcy Court
### District of Connecticut

| | | |
|---|---|---|
| In re **Amanda J. Constant** | Case No. | **18-21301** |
| Debtor(s) | Chapter | **13** |

## APPLICATION/ORDER FOR FEES

Memorandum of Receipts and Disbursements;
Statement of Attorney Pursuant to Bankruptcy Rule 2016(b);
and Order Thereon

**TO THE HONORABLE BANKRUPTCY JUDGE:**

Applicant hereby makes application for fees and represents that the fee arrangement in this proceeding is as follows:

1. That Applicant, as attorney for the debtor, has performed all services necessary for the confirmation of the Debtor's Plan. The services include interviews with debtor; the preparation and filing of the Debtor's Petition, Chapter 13 Statement, Plan and Plan Analysis; and appearance at the § 341 meeting and confirmation hearing.

2. That Applicant believes a reasonable fee for said services to be $ **4,475.00** and prays that said fee be approved and allowed.

3. That Applicant has received payments from the debtor and made disbursements on behalf of the debtor, as follows:

| | | |
|---|---:|---:|
| Total Received | | **$2,760.00** |
| Disbursements | | |
|     Filing fee | **$310.00** | |
|     Trustee | | |
|     Other | | |
| Total Disbursements | | **$310.00** |
| Amount applied to attorneys' fees | | **$2,450.00** |
| Balance of attorneys' fees | | **$2,000.00** |

The total of money paid to attorney on behalf of debtor within one (1) year of the date of filing is the sum of $**2,760.00**, including fees reserved for Chapter 13.

4. That in addition to foregoing statements, Applicant makes the following statements pursuant to Bankruptcy Rule 2016(b):

   (a) The details set forth by the debtor herein in the Chapter 13 Statement concerning compensation paid and compensation promised to be paid to his attorney of record is a true, complete and accurate statement of the agreement between the debtor and the attorney of record for legal services rendered and to be rendered herein. Time sheets attached as Exhibit A hereto.

   (b) The source of the monies paid by the debtor to the attorney of record to the best of the knowledge and belief of said attorney was: the Debtor.

   (c) The attorney of record has not shared or agreed to share, other than with members of the law firm or corporation, any of said compensation with any other person except: None.

Dated: **March 18, 2019**                              /s/ Gregory F. Arcaro
                                                       **Gregory F. Arcaro ct19781**
                                                       Attorney for Debtor(s)

# GRAFSTEIN & ARCARO, LLC

114 West Main Street Suite 105

New Britain, CT 06051

Phone: (860) 674-8003   |   Fax: (860) 676-9168

## PRE-BILL

Amanda Constant
191 Three Mile Road
Glastonbury, CT 06033-3834

Invoice Date: March 18, 2019
Invoice Number: Pre-bill
Invoice Amount: $0.00
**Current Balance Due: $2,000.00**

## Matter: Chapter 13

**Attorney's Fees**

| Date | Description | Atty | | | |
|---|---|---|---|---|---|
| 5/14/2018 | Created new client file, reviewed & scanned client's documents accordingly. | A.S. | 0.00 | .30 | No Charge |
| 5/15/2018 | Means Test Analysis | J.M.G. | 0.00 | 1.20 | No Charge |
| 5/17/2018 | Review budget and email to clients | J.M.G. | 0.00 | .40 | No Charge |
| 5/17/2018 | Fee for services | A.S. | 0.00 | .00 | $4,450.00 |
| 5/17/2018 | Prepared new client letter & retainer. | A.S. | 0.00 | .20 | No Charge |
| 5/17/2018 | Telephone conversation with client | J.M.G. | 0.00 | .30 | No Charge |
| 5/17/2018 | Email to client | J.M.G. | 0.00 | .10 | No Charge |
| 5/17/2018 | revise means test | J.M.G. | 0.00 | .30 | No Charge |
| 5/17/2018 | Email to client | J.M.G. | 0.00 | .20 | No Charge |
| 5/21/2018 | Reveiw David Credit Report/conference call | J.M.G. | 0.00 | .80 | No Charge |
| 5/21/2018 | Further telephone discussion | J.M.G. | 0.00 | .20 | No Charge |
| 5/21/2018 | Review means test | J.M.G. | 0.00 | .90 | No Charge |
| 5/22/2018 | Email to client | J.M.G. | 0.00 | .10 | No Charge |
| 5/24/2018 | Email to client | J.M.G. | 0.00 | .10 | No Charge |
| 5/30/2018 | Email from and to client | L.M. | 0.00 | .20 | No Charge |
| 5/30/2018 | review warranty deed | J.M.G. | 0.00 | .10 | No Charge |
| 5/30/2018 | reveiw mortgage | J.M.G. | 0.00 | .10 | No Charge |
| 5/30/2018 | Email to client | J.M.G. | 0.00 | .20 | No Charge |
| 5/30/2018 | Emails to client | J.M.G. | 0.00 | .20 | No Charge |
| 5/30/2018 | Another email to client | J.M.G. | 0.00 | .10 | No Charge |
| 5/30/2018 | Various emails from and to client. Worked on petition. | L.M. | 0.00 | 5.30 | No Charge |
| 5/31/2018 | Worked on petition/Emails from and to client | L.M. | 0.00 | 3.10 | No Charge |
| 6/5/2018 | Email to client | J.M.G. | 0.00 | .40 | No Charge |

| Date | Description | Initials | | Hours | Charge |
|---|---|---|---|---|---|
| 6/6/2018 | Emails to and from client | L.M. | 0.00 | .20 | No Charge |
| 6/6/2018 | Review financial means test | J.M.G. | 0.00 | .50 | No Charge |
| 6/21/2018 | Email from client | L.M. | 0.00 | .10 | No Charge |
| 6/21/2018 | Email from client/2nd payment mailed today | L.M. | 0.00 | .10 | No Charge |
| 6/22/2018 | Emailed client | L.M. | 0.00 | .10 | No Charge |
| 6/28/2018 | Email from and to client with follow up/pending docs needed | L.M. | 0.00 | .60 | No Charge |
| 6/28/2018 | revise means test | J.M.G. | 0.00 | .50 | No Charge |
| 6/29/2018 | Updated Means Test and looked at future income | L.M. | 0.00 | .70 | No Charge |
| 7/3/2018 | Email to client | J.M.G. | 0.00 | .10 | No Charge |
| 7/9/2018 | Dave's Paystubs | L.M. | 0.00 | .10 | No Charge |
| 7/9/2018 | Various emails from and to client. Received documents/scanned | L.M. | 0.00 | .70 | No Charge |
| 7/11/2018 | Telephone conversation with client | J.M.G. | 0.00 | .30 | $0.00 |
| 7/11/2018 | Phone call with client and JMG/Emailed client schedules I and J with Means Test/Updated Schedule J/Emails from and to client | L.M. | 0.00 | .80 | $0.00 |
| 7/11/2018 | Review emails | J.M.G. | 0.00 | .40 | $0.00 |
| 7/17/2018 | Email to client | J.M.G. | 0.00 | .10 | $0.00 |
| 7/17/2018 | Email to JMG regarding conversation with Amanda yesterday. | L.M. | 0.00 | .20 | $0.00 |
| 7/19/2018 | means test analysis | J.M.G. | 0.00 | .60 | $0.00 |
| 7/20/2018 | Telephone conversation with client | J.M.G. | 0.00 | .40 | $0.00 |
| 7/23/2018 | Phone call with client/Updated petition/submitted to GFA for review | L.M. | 0.00 | 1.70 | $0.00 |
| 7/25/2018 | Updated petition with changes after review | L.M. | 0.00 | .40 | $0.00 |
| 7/27/2018 | Prepare Chapter 13 Plan | G.F.A. | 0.00 | .70 | $0.00 |
| 7/27/2018 | Updated petition after GFA review/Emailed client to review/sign | L.M. | 0.00 | .50 | $0.00 |
| 7/30/2018 | Conference with client/signing | L.M. | 0.00 | 1.80 | $0.00 |
| 7/31/2018 | Worked on Means Test with additional Income | L.M. | 0.00 | 2.50 | $0.00 |
| 8/7/2018 | Prepare for appointment | L.M. | 0.00 | .20 | $0.00 |
| 8/7/2018 | Conference with client | G.F.A. | 0.00 | 1.00 | $0.00 |
| 8/7/2018 | Conference with client/Emails from and to client | L.M. | 0.00 | 1.40 | $0.00 |
| 8/7/2018 | Receipt and review email from client regarding BOA account; draft reply | G.F.A. | 0.00 | .20 | $0.00 |
| 8/8/2018 | Email receipt and response to client/Updated petition with date of filing balances | L.M. | 0.00 | .30 | $0.00 |
| 8/8/2018 | Filed Chapter 13 Petition | L.M. | 0.00 | .40 | $0.00 |
| 8/13/2018 | 341 Hearing Notice prepared and emailed to client/Petition and Plan letter prepared and emailed to client/Docs to Trustee Napolitano uploaded to Epiq Docs. | L.M. | 0.00 | 2.30 | $0.00 |

| Date | Description | Atty | | | |
|---|---|---|---|---|---|
| 8/15/2018 | Email from and to client | L.M. | 0.00 | .20 | $0.00 |
| 8/21/2018 | Receipt and review email from client regarding mortgage company correspondence; draft reply | G.F.A. | 0.00 | .20 | $0.00 |
| 8/21/2018 | Receipt and review email from client regarding Middlesex Hospital communication; draft reply | G.F.A. | 0.00 | .10 | $0.00 |
| 8/21/2018 | Fax to Middlesex Hospital: Fax Message Transmission Result to +1 (860) 3586830 - Sent | L.M. | 0.00 | .10 | $0.00 |
| 8/22/2018 | Receipt and review email from client regarding student loan forebearance; draft reply | G.F.A. | 0.00 | .20 | $0.00 |
| 8/29/2018 | Emails from and to client. | L.M. | 0.00 | .20 | $0.00 |
| 9/4/2018 | Emails from and to client | L.M. | 0.00 | .20 | $0.00 |
| 9/4/2018 | Updated paystubs uploaded to Trustee | L.M. | 0.00 | .20 | $0.00 |
| 9/5/2018 | Email receipt and response to client | L.M. | 0.00 | .20 | $0.00 |
| 9/6/2018 | Receipt and review email from client regaridng insurance claim; draft reply | G.F.A. | 0.00 | .20 | $0.00 |
| 9/6/2018 | Attendance at 341 Hearing; conference with client; draft email to client; draft memorandum to file | G.F.A. | 0.00 | 1.20 | $0.00 |
| 9/11/2018 | Receipt and review correspondence from FedLoan; draft email to client | G.F.A. | 0.00 | .20 | $0.00 |
| 9/11/2018 | Telephone conference with client regarding student loans and confirmation | G.F.A. | 0.00 | .50 | $0.00 |
| 10/22/2018 | Review claims register; draft email to client; draft memorandum to file | G.F.A. | 0.00 | .80 | $0.00 |
| 10/22/2018 | Telephone conference with client | G.F.A. | 0.00 | .50 | $0.00 |
| 11/6/2018 | Telephone conference with FedLoan regarding POC; draft email to client; draft memorandum to file | G.F.A. | 0.00 | .50 | $0.00 |
| 11/6/2018 | Emails from and to client/uploaded updated pay stubs to Trustee | L.M. | 0.00 | .30 | $0.00 |
| 11/8/2018 | Receipt and review objection to confirmation filed by Trustee; draft email to client. | G.F.A. | 0.00 | .40 | $0.00 |
| 11/12/2018 | Telephone conference with client regarding Trustee Objection to Confirmation | G.F.A. | 0.00 | .30 | $0.00 |
| 11/13/2018 | Email from client/uploaded updated paystubs to Trustee | L.M. | 0.00 | .30 | $0.00 |
| 11/13/2018 | Worked on Trustee's Objection | L.M. | 0.00 | 1.90 | $0.00 |
| 11/14/2018 | Worked on Trustee's Objection/Emailed results to GFA | L.M. | 0.00 | .80 | $0.00 |
| 11/19/2018 | E-filed wage withholding form | L.M. | 0.00 | .10 | $0.00 |
| 11/20/2018 | Review documentation for additional expenses; draft email to client; draft memorandum to file | G.F.A. | 0.00 | .80 | $0.00 |
| 11/20/2018 | Telephone conference with FedLoan | G.F.A. | 0.00 | .60 | $0.00 |

| Date | Description | Initials | Amount | Hours | Total |
|---|---|---|---|---|---|
| 11/20/2018 | Email receipt and review from client | L.M. | 0.00 | .20 | $0.00 |
| 11/21/2018 | Receipt, review and analyze Viking invoices; draft email to client | G.F.A. | 0.00 | .60 | $0.00 |
| 11/26/2018 | Receipt and review POC from student loan; draft email to client regarding same and confirmation | G.F.A. | 0.00 | .20 | $0.00 |
| 11/26/2018 | Received and reviewed emails from client | L.M. | 0.00 | .20 | $0.00 |
| 11/26/2018 | Draft email to V.Deere regarding objections | G.F.A. | 0.00 | .50 | $0.00 |
| 11/26/2018 | Telephone conference with client regarding budget | G.F.A. | 0.00 | .70 | $0.00 |
| 11/29/2018 | Attendance at court for confirmation hearing | G.F.A. | 0.00 | 1.00 | $0.00 |
| 11/30/2018 | Draft memorandum to file | G.F.A. | 0.00 | .20 | $0.00 |
| 12/3/2018 | Telephone conference with client; draft memorandum to file; draft email to FedLoan | G.F.A. | 0.00 | .30 | $0.00 |
| 12/3/2018 | Draft First Amended Plan | G.F.A. | 0.00 | .80 | $0.00 |
| 12/7/2018 | Receipt and review email from client regarding new plan; draft reply | G.F.A. | 0.00 | .20 | $0.00 |
| 12/10/2018 | Draft email to V.Deere regarding Amended Plan | G.F.A. | 0.00 | .20 | $0.00 |
| 12/10/2018 | Conference with client | G.F.A. | 0.00 | .50 | $0.00 |
| 12/11/2018 | Review and revise certification of service | G.F.A. | 0.00 | .20 | $0.00 |
| 12/11/2018 | Prepared Mailing Matrix re First Amended Chapter 13 Plan. | A.S. | 0.00 | .60 | $0.00 |
| 12/12/2018 | Email with docs from client/uploaded to Trustee | L.M. | 0.00 | .20 | $0.00 |
| 1/23/2019 | Emailed updated chapter 13 requests to clients | L.M. | 0.00 | .20 | $0.00 |
| 1/24/2019 | Emails received from client with docs/Uploaded to Trustee | L.M. | 0.00 | .30 | $0.00 |
| 2/4/2019 | Receipt and review email from client regarding confirmation; draft reply | G.F.A. | 0.00 | .20 | $0.00 |
| 2/13/2019 | Uploaded docs to Trustee | L.M. | 0.00 | .10 | $0.00 |
| 2/18/2019 | Receipt and review Tee Objection to Confirmation; revise plan; telephone conference with client | G.F.A. | 0.00 | .60 | $0.00 |
| 2/18/2019 | Prepared Cert of Service for Review | C.S. | 80.00 | .20 | $0.00 |
| 2/20/2019 | Receipt and review Ch13 Worksheet | G.F.A. | 0.00 | .10 | $0.00 |
| 2/20/2019 | Draft email to client regarding post - petition mortgage fees | G.F.A. | 0.00 | .20 | $0.00 |
| 2/21/2019 | Attendance at court for confirmation hearing | G.F.A. | 0.00 | 1.00 | $0.00 |
| 2/25/2019 | Receipt and review Confirmation Order; draft email to client; draft memorandum to file | G.F.A. | 0.00 | .30 | $0.00 |
| 2/25/2019 | Confirmation Order to client | L.M. | 0.00 | .30 | $0.00 |
| SUBTOTAL: | | | | 55.80 | $4,450.00 |

**Costs**

| | | |
|---|---|---|
| 8/8/2018 | Chapter 13 Filing Fee | $310.00 |

SUBTOTAL: $310.00

## ORDER

The sum of $ __4,475.00__ is hereby allowed Applicant as compensation for the services referred to in the above Application and the Trustee is directed to pay the unpaid balance thereof, the sum of $ __2,000.00__ from the estate in accordance with the Plan.

Dated: _____          _____

United States Bankruptcy Judge