UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| AMANDA J. CONSTANT | ) | CASE NO. 18-21301 jjt |
|     DEBTOR | ) | March 20, 2019 |

## CERTIFICATION OF SERVICE

This is to certify that the Final Application for Compensation (ECF No. 27) was transmitted on March 18, 2019 and the Notice of Hearing (ECF No. 28) was transmitted on March 19, 2019 via the Court's ECF system to the following:


Patrick Crook, Esq.
pcrook@ch13rn.com

Roberta Napolitano, Trustee
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Linda St. Pierre, Esq.
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV


This is to further certify that the Final Application for Compensation (ECF No. 27) and the Notice of Hearing (ECF No. 28) were mailed, postage pre-paid on March 20, 2019 to the following individual and to the attached Mailing Matrix.


Amanda J. Constant
191 Three Mile Road
Glastonbury, CT 06033

By:  /s/ Gregory F. Arcaro
Gregory F. Arcaro, Esq. (ct19781)
Grafstein & Arcaro, LLC
114 West Main Street
Suite 105
New Britain, CT 06051
(860) 674-8003
(860) 676-9168 Fax
garcaro@grafsteinlaw.com

American Express
Attn: President
PO Box 1270
Newark, NJ 07101-1270


Bank of America
Attn: President
PO Box 982234
El Paso, TX 79998-2234


Barclay's Bank Delaware
Attn: President
Po Box 8803
Wilmington, DE 19899


Cenlar Federal Savings Bank
Attention: President
Po Box 77404
Trenton, NJ 08628


David Constant
191 Three Mile Road
Glastonbury, CT 06033


Fedloan Servicing Credit
Attn: President
Po Box 60610
Harrisburg, PA 17109-0610


Middlesex Hospital
Attn: President
28 Crescent Street
Middletown, CT 06457-3650


Nissan Motor Acceptance Corp
Attn: President
PO Box 660360
Dallas, TX 75266


Nissan-Infiniti LT
Attn: President
PO Box 660366
Dallas, TX 75266-0366